**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dominick Cestro, | No. CV-23-08608-PCT-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Snowflake Justice Court, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Extension of Time for Service, (Doc. 20). The Court ordered Plaintiff to show cause, in greater detail, why the Court should not dismiss the remaining Defendants in Plaintiff's case for failure to serve. (Doc. 22). Plaintiff filed a response. (Doc. 25).

The Court finds that Plaintiff has shown good cause, and as such, the Court grants Plaintiff's Motion. Plaintiff is advised that the Federal Rules of Civil Procedure specify who is permitted to execute service: "[a]ny person who is at least 18 years old and *not a party* may serve a summons and complaint." Fed. R. Civ. P. 4(c)(2) (emphasis added). In serving the remaining three Defendants, Plaintiff must comply with this Rule. As such, Plaintiff must effectuate proper service upon Defendant Hunter Lewis and any other Defendant that Plaintiff has personally served.

//

//

//

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Extension of Time for Service is **GRANTED**. Plaintiff must effectuate proper service upon the remaining three Defendants within thirty (30) days of this Order.

**IT IS FURTHER ORDERED** striking the Court's Order at Doc. 22.

Dated this 6th day of May, 2024.

James A. Teilborg
Senior United States District Judge